THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND , et al.,<br>Plaintiffs,<br>v.<br>ALASKA INDUSTRIAL LLC, an Alaska limited liability company,<br>Defendant. | NO. C19-00274-MJP<br><br>JUDGMENT |

## Summary of Judgment

Judgment Creditor:          Operating Engineers Trust Funds
Judgment Debtor:           Alaska Industrial LLC

<u>Amounts Payable to Plaintiff Fund</u>
Unpaid Contributions:          $140,870.18
Liquidated Damages            $17,341.37
Interest through May 20, 2019   $30,602.61
Interest thereafter (on unpaid
   contributions only)             12% per annum

<u>Amounts Payable to Plaintiff Local Union</u>
Unpaid Union Dues:            $9,835.61

<u>Amounts Payable to All Plaintiffs</u>
Attorney's Fees:                $495.00
Costs:                           $605.39
Other Recovery Amounts:       NONE
Interest Rate on Costs:          NONE
Attorneys for Judgment
   Creditor:                     Reid, McCarthy, Ballew & Leahy, L.L.P.

THIS MATTER coming on for consideration upon Plaintiffs' motion for judgment against the Defendant, Plaintiffs being represented by their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto and the Declaration of Adam Keck and the exhibits thereto in support of Plaintiffs' motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs be and hereby are awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 302 with which the Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period March 2017 through September 2017 for Account No. 02152, for the period March 2017 through October 2017 for Account No. 02153, and for the period April 2017 through September 2017 for Account No. 02155: for contributions of $140,870.18, for Union dues of $9,835.61, for liquidated damages of $17,341.37, for pre-judgment interest of $30,602.61, for attorneys' fees of $495.00, and for costs of $605.39; all for a total of $199,750.16.

//

//

//

JUDGMENT ENTERED this 24th day of May, 2019.

_____
Marsha J. Pechman
United States District Judge



Presented for Entry by:


*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorneys for Plaintiffs